BL9122207

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: BRENDA M. GILLARD : Chapter: 13
      DANIEL W. GILLARD :
:
:
: CASE NO: 11-27613
:

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 8, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200

    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By:  Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE:    7/25/2016