## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    DANIEL W. GILLARD AND | ) | Case No. 11-27613 GLT |
|    BRENDA M. GILLARD, | ) | |
|         Debtors. | ) | Chapter 13 |
| | ) | |
| DANIEL W. GILLARD | ) | |
| AND BRENDA M. | ) | Docket No. 100 |
| GILLARD, | ) | Related to Docket No. 99 |
|         Movants, | ) | |
| | ) | |
|         vs. | ) | Hearing Date & Time: 11/02/2016 at 9:00 a.m. |
| | ) | |
| QUICKEN LOANS, | ) | |
| GREEN TREE SERVICING, | ) | |
| CAPITAL ONE AND | ) | |
| RONDA J. WINNECOUR, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| | ) | |
|         Respondents. | ) | |

## HEARING NOTICE ON
**Motion To Permit Participation In The Home Affordable Refinance Program (H.A.R.P.)**

TO THE RESPONDENT(s):

    You are notified that the above Movants seek an order affecting your rights or property.

    You are further notified to serve with the clerk and serve upon the undersigned attorney for Movants a response to the motion no later than on or before October 16, 2016, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion will be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on November 2, 2016 at 9:00 a.m. before Judge Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service:   September 29, 2016; service by electronic filing and U.S. Mail, first class, postage pre-paid

                      By:   /s/ Rodney D. Shepherd
                              Rodney D. Shepherd, Esquire
                              Attorney for Movants/Applicants
                              PA I.D. No. 56914
                              rodsheph@cs.com

                              2403 Sidney Street
                              Suite 208
                              Pittsburgh, PA  15203
                              (412) 471-9670