**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: DANIEL W. GILLARD AND    ) 11-27613 GLT
       BRENDA M. GILLARD,       )
              Debtors.          ) Chapter 13
                                )
       DANIEL W. GILLARD AND    )
       BRENDA M. GILLARD,       )
              Movants,          ) Docket No. 101
                                ) Related to Docket Nos. 99, 100
              vs.               )
                                )
                                ) Hearing Date & Time: 11/2/2016
              NO RESPONDENTS.   )              at 9:00 a.m.
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion to Participate in the Home Affordable Program**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Participate in the Home Affordable Program has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Participate in the Home Affordable Program appears thereon. Pursuant to the Hearing Notice attached with the Motion to Participate in the Home Affordable Program, objections to the Motion to Participate in the Home Affordable Program were to be filed and served no later than October 16, 2016.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Participate in the Home Affordable Program.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Date: 10/20/2016    Pittsburgh, PA 15203
(412) 471-9670