IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 11-27613-GLT |
| : | Chapter 13 |
| DANIEL W. GILLARD and : | |
| BRENDA M. GILLARD, : | |
| : | |
| Debtors. : | |
| : | |
| DANIEL W. GILLARD and : | Related to Dkt. No. 99 |
| BRENDA M. GILLARD, : | |
| : | |
| Movants, : | |
| : | |
| v. : | |
| : | |
| QUICKEN LOANS; GREEN TREE : | |
| SERVICING; CAPITAL ONE; AND : | |
| RONDA J. WINNECOUR, CHAPTER : | |
| 13 TRUSTEE, : | |
| : | |
| Respondents. : | |

FILED
2016 NOV 17 P 4: 05
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## ORDER

This matter is before the Court upon the *Motion to Permit Participation in the Home Affordable Refinance Program (H.A.R.P.)* [Dkt. No. 99] filed by the Debtors, Daniel W. and Brenda M. Gillard. No responses to the motion were filed. The Court held a hearing to consider the motion on November 2, 2016.

**AND NOW**, for the reasons stated on the record at the November 2 hearing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.   The motion is **DENIED** as moot. Based upon the representations made on the record, the Court concludes that it was unnecessary for the Debtors to obtain bankruptcy court approval to exchange financial information and otherwise evaluate potential loan modification

options through the Home Affordable Refinance Program ("HARP"). Since the Debtors are not seeking an opportunity to participate in the Court's loss mitigation program, the Court finds it unnecessary to authorize the Debtors' actions as they explore participation in other mitigation programs outside of the Court's oversight.

2. To the extent a modification is offered through *HARP* while the Debtors remain in bankruptcy, or in the event the Debtors seek to engage in an activity outside the ordinary course, Court approval must be obtained.

3. The Debtors shall serve a copy of this *Order* on each Respondent, counsel for each Respondent, the chapter 13 trustee, and the United States Trustee, and shall file a certificate of service within three business days.

Dated: November 17, 2016

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Rodney D. Shepherd, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 11-27613-GLT
Daniel W. Gillard                                                                 Chapter 13
Brenda M. Gillard
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +Daniel W. Gillard,   Brenda M. Gillard,   144 Coal Bluff Road,   Finleyville, PA 15332-3008
cr             +Capital One, National Association,   P .O . Box 829009,   Dallas, TX 75382-9009
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13259301       +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
13297410        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13259302        Auto Worker's FCU/United Community F,   6010 Mountain View Drive,   West Mifflin, PA 15122-2425
13259303       +Bank of America,   450 American Street,   #SV416,   Simi Valley, CA 93065-6285
13285416        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13259304       +Best Buy/HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13259313       +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13259305        Capital One,   P.O. Box 152406,   Attn: Loan Services,   Irving, TX 75015-2406
13259306       +Capital One Small Business,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
13267676        Capital One, National Association,   P.O. Box 829009,   Dallas, Texas 75382-9009
13259307       +Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
13259312       +HSBC/Best Buy,   P.O. Box 5232,   Carol Stream, IL 60197-5232
13259314        Tractor Supply/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13286616       +United Community Federal Credit Union,   c/o McGrath Law Group, P.C.,
                 Three Gateway Center, Suite 1375,   401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13853241        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 19 2016 06:40:18     Capital One N.A.,
                 c/o Ascension capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr             +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:00     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:50:59     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13402381       +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:50:59     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson AZ 85712-1083
13259308        E-mail/Text: fnb.bk@fnfg.com Nov 19 2016 01:52:48     First Niagara Bank,   6950 S Transit Road,
                 Lockport, NY 14094
13259309        E-mail/Text: fnb.bk@fnfg.com Nov 19 2016 01:52:48     First Niagara Bank,   P.O. Box 514,
                 Attn: Customer Service,   Lockport, NY 14095-0514
13264252        E-mail/Text: fnb.bk@fnfg.com Nov 19 2016 01:52:48     First Niagara Bank, N.A.,
                 6950 South Transit Road,   PO Box 514,   Lockport NY  14095-0514
13259310       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:22     GE Capital/Lowes,
                 P.O. Box 965005,   Orlando, FL 32896-5005
13259311        E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:51     GECRB/Lowe's,   P.O. Box 981400,
                 El Paso, TX 79998-1400
13620637        E-mail/Text: bankruptcy.bnc@ditech.com Nov 19 2016 01:51:25     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13348328       +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:50:59     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13341772        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:22:19
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
cr              Bank of America, N.A., as Servicer
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
cr*            +United Community Federal Credit Union,   c/o McGrath Law Group, P.C.,
                 Three Gateway Center, Suite 1375,   401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13360883*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2        User: aala              Page 2 of 2           Date Rcvd: Nov 18, 2016
                            Form ID: pdf900         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Hilary B. Bonial    on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
          Kirsten S. Penn    on behalf of Creditor    United Community Federal Credit Union
           kpenn@lenderlaw.com, rpoorman@lenderlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 9
```