**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/18/16 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　DANIEL W. GILLARD<br>　BRENDA M. GILLARD<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　DANIEL W. GILLARD<br>　BRENDA M. GILLARD<br><br>　　　Respondents | Case No.11-27613GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 103 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  18th  day of  November,  2016,   it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　Port Authority Alleg County*
　　　Attn: Payroll Manager
　　　345 6Th Ave 5Th Fl *
　　　Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of DANIEL W. GILLARD, social security number XXX-XX-5899.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL W. GILLARD.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_/s/ Gregory L. Taddonio_  **cgt**
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 11-27613-GLT
Daniel W. Gillard                                                Chapter 13
Brenda M. Gillard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala            Page 1 of 1          Date Rcvd: Nov 18, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db/jdb         +Daniel W. Gillard,   Brenda M. Gillard,   144 Coal Bluff Road,   Finleyville, PA 15332-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Hilary B. Bonial    on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
              Kirsten S. Penn    on behalf of Creditor    United Community Federal Credit Union
               kpenn@lenderlaw.com,   rpoorman@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd   on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
              Rodney D. Shepherd   on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 9