# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) Bankr. No. 11-27613 GLT ) |
| Debtors. | ) Chapter 13 ) |
| DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) Docket No. 108 ) Related to Docket No. 104 ) |
| Movants, | ) ) |
| vs. | ) ) |
| NO RESPONDENTS. | ) Hearing Date & Time: ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Order of Court dated November 17, 2016 was served on November 21, 2016 by U.S. Mail, first class, postage pre-paid and electronic filing, upon the following:

Quicken Loans
Attn: Emily Miller
635 Woodward Avenue
Detroit, MI 48226

Green Tree Servicing
Attn: Perry Wade
P.O. Box 6154
Rapid City, S.D.  57709-6154

Capital One
c/o Courtney M. Domel
National Bankruptcy Services
P.O. Box 829009
Dallas, TX 75382-9909

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com
*was served by electronic filing
  on 11/17/2016

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd, Esquire
    Attorney for the Debtors
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    (412) 471-9670

Date: 11/21/2016