# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel W. Gillard and Brenda M. Gillard | CHAPTER 13
     Debtor(s)

BKY. NO. 11-27613

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A. s/b/m BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6050

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-825-6306
                                            Fax: 215-825-6406
                                            Attorney for Movant/Applicant