## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL W. GILLARD AND<br>　　　BRENDA M. GILLARD,<br>　　　　　　Debtors. | ) Bankr. No. 11-27613 GLT<br>)<br>) Chapter 13<br>) |
| RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE, | ) Docket No. 115<br>) Related to Docket No. 114<br>) |
| 　　　　　Movant, | )<br>) |
| 　　　　　vs. | )<br>) |
| CAPITAL ONE, N.A., | ) Hearing Date & Time: 1/18/2017 at 10:00 a.m.<br>) |
| 　　　　　Respondent. | ) |

## CERTIFICATE OF SERVICE

　　　　　I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Debtors' Response to the Trustee's Motion to Deem Mortgage Satisfied and Attached Exhibit ce were served on January 16, 2017 by U.S. Mail and electronic filing, upon the following:

Capital One, N.A.
Attn: Courtney M. Domel, Agent
P.O. Box 829009
Dallas, Texas 75382-9009

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Capital One, N.A.
Ascension Capital Group
Account xxxxx1193
P.O. Box 165028
Irving, TX 75016

By: /s/ Rodney D. Shepherd
　　　Rodney D. Shepherd, Esquire
　　　Attorney for the Debtors
　　　PA I.D. No. 56914
　　　rodsheph@cs.com
　　　2403 Sidney Street
　　　Suite 208
　　　Pittsburgh, PA 15203
　　　(412) 471-9670

Date: 1/16/2017