**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) Bankr. No. 11-27613 GLT ) |
| Debtors. | ) |
| | ) Chapter 13 |
| DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) ) Docket No. 116 |
| | ) Related to Docket No. 109, 110 |
| Movants, | ) |
| | ) |
| vs. | ) Hearing Date & Time: |
| | ) |
| NO RESPONDENTS. | ) |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

(1) The Debtors have made all payments required by the Chapter 13 Plan.

(2) The Debtors are not required to pay any Domestic Support Obligations.

(3) The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

(4) On 12/1/2016, at docket numbers 109 and 110, Debtors complied with the Federal Rule of Bankruptcy Procedure 1007© by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

(5) This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Dated: 1/16/2017        2403 Sidney Street, Suite 208, Pittsburgh, PA 15203
rodsheph@cs.com
(412) 471-9670
PA I.D. No. 56914