**FILED**

**JAN 1 8 2017**

**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 11-27613-GLT |
| | : | Chapter: 13 |
| Daniel W. Gillard | : | |
| Brenda M. Gillard | : | |
| | : | Date: 1/18/2017 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**  #111 - Chapter 13 Trustee's Motion to Deem Mortgage Paid in Full (Claim No. 2), and
Compel Production of Proof of Satisfaction with Capital One, N.A.
#114 - Response by Debtor

**APPEARANCES**:
Trustee:    Owen Katz

**NOTES:**

Katz - Debtor provided letter from Capital One indicating that it was treating the claim as paid in full. Trustee also looking for a satisfaction of the mortgage. Did not receive a response from Capital One.

**OUTCOME:**

1. Order to be issued granting Motion. O/E.

**DATED:** 1/18/2017