**FILED**

JAN 1 8 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
Daniel W. Gillard                             :      Case No.11-27613 GLT
Brenda M. Gillard                             :      Chapter 13
          Debtor(s)                           :
Ronda J. Winnecour, Trustee                   :
                                              :      Related to Dkt. No. 111
          Movant(s)                           :      Hearing:  January 18, 2017 at 10:00 a.m.
                                              :
     vs.                                      :
                                              :
                                              :
Capital One, N.A.                             :
                                              :
          Respondent(s)                       :

**ORDER OF COURT**

AND NOW, this ___18th___ day of ___January___ , ~~2016~~ 2017, upon

consideration of the Trustee's Motion, it is

          ORDERED that the Trustee's Motion is granted.  The Respondent Capital

One, N.A. is hereby

          ORDERED, to provide to the Trustee and Debtors' counsel documentary

proof of satisfaction of Debtor's mortgage within 30 days of this Order.   The

Trustee is authorized to distribute the funds accruing for this creditor to

remaining creditors in accordance with the confirmed plan.

          Movant  shall serve a copy of this Order on respondent(s), their counsel, the Trustee
and U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-27613-GLT
Daniel W. Gillard                                                               Chapter 13
Brenda M. Gillard
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 1            Date Rcvd: Jan 18, 2017
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
jdb             +Brenda M. Gillard,     144 Coal Bluff Road,    Finleyville, PA 15332-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 19 2017 01:38:18       Capital One N.A.,
                 c/o Ascension capital Group,     P.O. Box 165028,    Irving, TX 75016-5028
                                                                                          TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Hilary B. Bonial    on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
          James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          Kirsten S. Penn    on behalf of Creditor    United Community Federal Credit Union
           kpenn@lenderlaw.com,    rpoorman@lenderlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 10