## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    DANIEL W. GILLARD
    BRENDA M. GILLARD
        Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
        vs.
    No Repondents.

Case No.:11-27613

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2017

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/22/2011  and confirmed on 2/23/12 .  The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 109,818.25 |
| Less Refunds to Debtor | | 3,754.74 | |
| TOTAL AMOUNT OF PLAN FUND | | | 106,063.51 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,101.00 | |
| Trustee Fee | 3,780.09 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,881.09 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ECAST SETTLEMENT CORP** | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
| Acct: 3209 | | | | |
| UNITED COMMUNITY FCU** | 4,253.85 | 4,253.85 | 723.02 | 4,976.87 |
| Acct: XXX2208 | | | | |
| CAPITAL ONE NA** | 3,226.61 | 3,228.61 | 0.00 | 3,228.61 |
| Acct: 1193 | | | | |
| GREEN TREE SERVICING LLC | 0.00 | 74,064.67 | 0.00 | 74,064.67 |
| Acct: 4422 | | | | |
| GREEN TREE SERVICING LLC | 2,088.84 | 2,088.84 | 0.00 | 2,088.84 |
| Acct: 4422 | | | | |
| | | | | 86,858.99 |
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ | 2,101.00 | 2,101.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL W. GILLARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL W. GILLARD | 3,754.74 | 3,754.74 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,603.39 | 2,603.39 | 0.00 | 2,603.39 |
| Acct: 2004 | | | | |
| ECAST SETTLEMENT CORP** | 1,005.37 | 1,005.37 | 0.00 | 1,005.37 |
| Acct: 3209 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST NIAGARA BANK | 1,414.31 | 1,414.31 | 0.00 | 1,414.31 |
| Acct: 3081 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 6,723.56 | 6,723.56 | 0.00 | 6,723.56 |

11-27613

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9818 | | | | |
| CAPITAL ONE NA** | 114.76 | 114.76 | 0.00 | 114.76 |
| Acct: 3266 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,462.04 | 1,462.04 | 0.00 | 1,462.04 |
| Acct: 2135 | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0809 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,323.43 |

TOTAL PAID TO CREDITORS                                        100,182.42

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 12,069.30 |
| SECURED | 13,323.43 |

Date: 01/27/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL W. GILLARD
    BRENDA M. GILLARD
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-27613

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the
**Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of
Receipts and Disbursements**, and following notice to the creditors and an opportunity to be
heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all
amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to
Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are
immediately terminated and the debtor(s) shall serve a copy of this order on any affected
employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free
and clear of any and all claims or interests except as otherwise treated in the plan or in the
Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is
hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not
the claim of such creditor is provided for in the Plan, and whether or not such creditor has
objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided
for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment
date for which the Trustee last made a distribution, and no additional interest, late fees or
penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's
registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report
and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is
discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 11-27613-GLT
Daniel W. Gillard                                                           Chapter 13
Brenda M. Gillard
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2                      Date Rcvd: Jan 30, 2017
                             Form ID: pdf900      Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db/jdb     +Daniel W. Gillard,    Brenda M. Gillard,    144 Coal Bluff Road,    Finleyville, PA 15332-3008
cr         +Capital One, National Association,    P .O . Box 829009,    Dallas, TX 75382-9009
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawloski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13259301   +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13297410    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13259302    Auto Worker's FCU/United Community F,    6010 Mountain View Drive,    West Mifflin, PA 15122-2425
13259303   +Bank of America,    450 American Street,    #SV416,    Simi Valley, CA 93065-6285
13285416    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13259304   +Best Buy/HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13259313   +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13259305    Capital One,    P.O. Box 152406,    Attn: Loan Services,    Irving, TX 75015-2406
13259306   +Capital One Small Business,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
13267676    Capital One, National Association,    P.O. Box 829009,    Dallas, Texas 75382-9009
13259307   +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
13259312   +HSBC/Best Buy,    P.O. Box 5232,    Carol Stream, IL 60197-5232
13259314    Tractor Supply/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13286616   +United Community Federal Credit Union,    c/o McGrath Law Group, P.C.,
             Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13853241    eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2017 02:18:54     Capital One N.A.,
             c/o Ascension capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr         +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:43     Capital One, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr         +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:43     eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13402381   +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:43     Capital One, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson AZ 85712-1083
13259308    E-mail/Text: fnb.bk@fnfg.com Jan 31 2017 02:23:46     First Niagara Bank,    6950 S Transit Road,
             Lockport, NY 14094
13259309    E-mail/Text: fnb.bk@fnfg.com Jan 31 2017 02:23:46     First Niagara Bank,    P.O. Box 514,
             Attn: Customer Service,    Lockport, NY 14095-0514
13264252    E-mail/Text: fnb.bk@fnfg.com Jan 31 2017 02:23:46     First Niagara Bank, N.A.,
             6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
13259310   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:18:52     GE Capital/Lowes,
             P.O. Box 965005,    Orlando, FL 32896-5005
13259311    E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:20:48     GECRB/Lowe's,    P.O. Box 981400,
             El Paso, TX 79998-1400
13620637    E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2017 02:22:14     Green Tree Servicing, LLC,
             P.O. Box 6154,    Rapid City, SD 57709-6154
13348328   +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:43     HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13341772    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:21:03
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                 TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Bank Of America, N.A.
cr          Bank of America, N.A., as Servicer
cr*        +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
             Tucson, AZ 85712-1083
cr*        +United Community Federal Credit Union,    c/o McGrath Law Group, P.C.,
             Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13360883*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541)
                                                                     TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jan 30, 2017
                             Form ID: pdf900          Total Noticed: 30

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall     on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Hilary B. Bonial     on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
          James Warmbrodt      on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          Kirsten S. Penn     on behalf of Creditor    United Community Federal Credit Union
           kpenn@lenderlaw.com,  rpoorman@lenderlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 10