**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL W. GILLARD<br>BRENDA M. GILLARD<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br><br>      Movant<br>  vs.<br><br>CAPITAL ONE NA**<br><br>      Respondent(s) | Case No. 11-27613GLT<br><br>Chapter 13<br><br>Document No.___ |

## NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 1
Court Claim Number - 2


| | |
|---|---|
| 2/10/2017 | /s/   Ronda J. Winnecour<br>Pa. ID  #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DANIEL W. GILLARD<br>  BRENDA M. GILLARD<br>          Debtor(s)<br><br>  Ronda J. Winnecour<br><br>          Movant<br>      vs.<br><br>  CAPITAL ONE NA**<br><br>          Respondent(s) | Case No.11-27613GLT<br><br>Chapter 13<br><br>Document No.___ |

**CERTIFICATE OF SERVICE**

   I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

DANIEL W. GILLARD, BRENDA M. GILLARD, 144 COAL BLUFF ROAD, FINLEYVILLE, PA  15332

RODNEY D SHEPHERD ESQ, 2403 SIDNEY ST - STE 208, RIVER PARK COMMONS, PITTSBURGH, PA  15203

CAPITAL ONE NA**, PO BOX 259320, PLANO, TX  75025-9320

ASCENSION CAPITAL GROUP, POB 165028, IRVING, TX  75016

HILARY B BONIAL ESQ**, BUCKLEY MADOLE PC, 14841 DALLAS PKWY STE 425, DALLAS, TX  75254

---

| | |
|---|---|
| 02/10/2017 | /s/ Renee Ward<br><br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |