## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) Bankruptcy No. 11-27613 GLT ) ) |
| Debtors. | ) Chapter 13 ) |
| DANIEL W. GILLARD AND BRENDA M. GILLARD, | ) Docket No. 128 ) Related to Docket No. ) |
| Movants. | ) Hearing Date & Time: ) |
| vs. | ) ) |
| NO RESPONDENTS. | ) |

## NOTICE OF
## CHANGE OF ADDRESS

TO THE BANKRUPTCY CLERK:

Kindly change the address of Best Buy/HSBC from **P.O. Box 5253, Carol Stream, IL 60197** to **P.O. Box 30252, Salt Lake City, UT 84130-0252.**

Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

Date: 10/05/2016