2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-27613-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel W. Gillard
144 Coal Bluff Road
Finleyville PA 15332

Brenda M. Gillard
144 Coal Bluff Road
Finleyville PA 15332

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/17/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/19/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 11-27613-GLT
Daniel W. Gillard                                                                   Chapter 13
Brenda M. Gillard
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1              Date Rcvd: Feb 17, 2017
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13620637       E-mail/Text: bankruptcy.bnc@ditech.com Feb 18 2017 02:03:36      Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Hilary B. Bonial    on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
          James   Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          Kirsten S. Penn    on behalf of Creditor    United Community Federal Credit Union
           kpenn@lenderlaw.com,   rpoorman@lenderlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10