FILED
5/12/17 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DANIEL W. GILLARD and, : <br> BRENDA M. GILLARD : <br> Debtors : <br>  : <br> UNITED STATES TRUSTEE, : <br> Movant : <br> v. : <br> DITECH FINANCIAL LLC : <br> f/k/a GREEN TREE SERVICING LLC : <br> Respondent | Bankruptcy No. 11-27613 GLT <br> Chapter 13 <br> Related to Dkt. Nos. 135 and 140 <br> Hearing: July 12, 2017 at 10:00 a.m. <br> Response due: July 5, 2017 |

**STIPULATED AND AGREED ORDER**

Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech"), and the United States Trustee (the "UST") (collectively, the "Parties") hereby file this *Stipulated and Agreed Order* continuing the May 17, 2017, hearing on the UST's *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* (the "Motion for Reconciliation") [Doc. No. 135]. In support of the Stipulated and Agreed Order, the Parties represent the following:

1. On December 22, 2011, Daniel W. Gillard and Brenda M. Gillard (the "Debtors") filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C § 101 *et seq.*, in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Case").

2. On January 30, 2012, Bank of America, N.A., filed a proof of claim in the Bankruptcy Case [Claim No. 4].

3. On April 20, 2013, Bank of America, N.A. filed a notice of transfer of claim from Bank of America, N.A. to Ditech [Doc. No. 65].

4. On February 9, 2017, the chapter 13 trustee filed a *Notice of Final Cure Mortgage*

*Payment* [Doc. No. 124].

5. On February 21, 2017, Ditech filed its *Response to Notice of Final Cure Mortgage Payment* [Doc. No. 130].

6. On March 28, 2017, the UST filed the Motion for Reconciliation.

7. The Parties are discussing a consensual resolution to the Motion for Reconciliation and have agreed to continue the hearing and response deadline.

8. Pursuant to the foregoing, the Parties STIPULATE AND AGREE THAT:

   a. The hearing on the Motion for Reconciliation is continued to **July 12, 2017, at 10:00 a.m.**; and

   b. Ditech's response to the Motion for Reconciliation is due on or before **July 5, 2017**.

9. Counsel shall serve a copy of this Order on all parties in interest including the Debtors and the chapter 13 trustee and file a certificate of service.

**AGREED TO AND ACCEPTED BY:**

Dated: May 10, 2017

| REED SMITH LLP | UNITED STATES TRUSTEE |
|---|---|
| /s/ Jared S. Roach<br>Jared S. Roach (PA ID No. 307541)<br>Maura P. Nuno (PA ID No. 322880)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: jroach@reedsmith.com<br>         mnuno@reedsmith.com<br><br>*Counsel to Ditech Financial LLC* | /s/ Norma Hildenbrand<br>Norma Hildenbrand, Trial Attorney<br>PA ID 70421<br>Liberty Avenue<br>Pittsburgh, PA 15222<br>(412) 644-4756 Telephone<br>(412) 644-4785 Facsmile<br>norma.l.hildenbrand@usdoj.gov |

Dated: May 12, 2017

GREGORY L. TADDONIO cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel W. Gillard
Brenda M. Gillard
    Debtors

Case No. 11-27613-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: May 12, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db/jdb         +Daniel W. Gillard,    Brenda M. Gillard,    144 Coal Bluff Road,    Finleyville, PA 15332-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Hilary B. Bonial    on behalf of Creditor    Capital One, National Association notice@bkcylaw.com
          James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
          Kirsten S. Penn    on behalf of Creditor    United Community Federal Credit Union kpenn@lenderlaw.com
          Norma Hildenbrand, on Behalf of the United States Trustee by    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Daniel W. Gillard rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Joint Debtor Brenda M. Gillard rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                  TOTAL: 12