# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DANIEL W. GILLARD and, | : | |
| BRENDA M. GILLARD | : | Bankruptcy No. 11-27613 GLT |
| Debtors | : | Chapter 13 |
| | : | Document No. |
| UNITED STATES TRUSTEE, | : | |
| Movant | : | Related to Doc. No. 141 |
| v. | : | |
| DITECH FINANCIAL LLC | : | |
| f/k/a GREEN TREE SERVICING LLC | : | |
| Respondent | | |

## CERTIFICATE OF SERVICE OF STIPULATED AND AGREED ORDER

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below on May 15, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was through the Court's CM/ECF system.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**"Service by First Class Mail"**

**Chapter 13 Trustee**
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Counsel for the Debtor**
Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203

**Debtors**
Daniel W. Gillard
Brenda M. Gillard
144 Coal Bluff Road
Finleyville, PA 15332

                                                           */s/ Jared S. Roach*
Jared S. Roach (PA ID No. 307541)
Maura P. Nuno (PA ID No. 322880)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel.:    (412) 288-3131
Fax:    (412) 288-3063
Email: jroach@reedsmith.com
             mnuno@reedsmith.com

*Counsel for Ditech Financial LLC*